## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **STEPHEN FOX,** | **CASE NO.:** |
| **Plaintiff,** | |
| **v.** | **PETITION FOR REMOVAL** |
| **SKYLINER TRAVEL & TOUR BUS CORP. AND JOSE M. MATEO,** | |
| **Defendants.** | **OCTOBER 27, 2017** |

## PETITION FOR REMOVAL

**TO:   Clerk of the United States District Court**
**District of Connecticut**

NOW COME defendants/petitioners, Skyliner Travel & Tour Bus Corp. and Jose M. Mateo (hereafter collectively referred to as "Petitioners") and through their undersigned counsel respectfully petition this Honorable Court as follows:

1.    Petitioners are defendants in a civil action captioned *Stephen Fox v. Skyliner Travel & Tour Bus Corp. and Jose M. Mateo*, which matter is pending in the Connecticut Superior Court, Judicial District of New London at New London (hereafter "the state court action"). A copy of the Summons and Complaint in the state court action is attached hereto as Exhibit A. Said Summons and Complaint have a return date of November 21, 2017, and have not yet been returned to court. Therefore, no docket number has been assigned to the State Court action as of this time.

2.      The Complaint in the state court action sounds in negligence and arises from an incident that occurred January 8, 2016 at approximately 7:50 p.m.  It is alleged that at that time, the Plaintiff was a pedestrian walking along the side of the road outside of the travel lane of Route 2A westbound, about half a mile east of its intersection with Route 12 in Preston.  It is alleged that as he walked in that location, the Plaintiff was struck by the passenger side mirror of the Petitioners' bus, which was being driven by Petitioner Mateo in the course and scope of his employment with Petitioner Skyliner Travel *(please see Complaint, Paras. 3 - 6)*.

3.      Among the losses claimed by Plaintiff are the following: head injury, post-concussion syndrome, tremors in his hands, headaches, a brain bleed, left shoulder sprain, a gash on the back of his head, and post-traumatic stress disorder.  *Complaint, Para. 8*.  Plaintiff alleges he has undergone medical treatment and will continue to require such treatment into the future, that his injuries are likely to be permanent in nature, and that he will be unable to participate in many of the activities in which he engaged prior to this accident.  *Complaint, Para. 8*.  The Plaintiff further alleges he has incurred expenses for medical care and treatment, diagnostic studies, drugs, and devices. *Complaint, Para. 8*.

4.      This action is being removed to the District Court pursuant to Title 28, United States Code § 1441(a). In support of this Petition for Removal, Petitioners respectfully state and represent to the Court as follows:

a.      By Complaint dated October 17, 2017, Plaintiff filed suit against Petitioners. Service was accomplished upon both Petitioners on or about October 26, 2017.  The Complaint seeks venue in the Connecticut Superior Court, Judicial District of New London at New London.

b.      Plaintiff is a resident of Jewett City, Connecticut.  *Please see Summons*.

c.      Petitioner Skyliner Travel & Tour Bus Corp. is a Pennsylvania corporation with its principal place of business in New York, New York.

d.      Petitioner Jose M. Mateo is and at all times relevant was a resident of New York, New York.

e.      In his Complaint, Plaintiff alleges that as a result of the subject incident, he sustained certain serious injuries and losses as described in Paragraph 3 above, and has alleged some or all of these likely are permanent.  He further claims to have sustained economic damages and that he has been deprived of the enjoyment of his usual life's activities.  In view of the specific injury claims being made, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5.      This Court has original jurisdiction over this Action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between Plaintiff and Petitioners, and because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

6.      Venue is proper pursuant to 28 U.S.C. §1391(a) and (b), because the events giving rise to Plaintiff's claims occurred within the State of Connecticut and Petitioners are subject to personal jurisdiction in Connecticut.

7.      Pursuant to 28 U.S.C. §1446(d), Petitioners are obligated to notify the Connecticut Superior Court, Judicial District of New London of the filing of this Petition. However, since the state court action has not yet been returned to the Superior Court Clerk, Petitioners are unable to file the required notice.  Said notice has been prepared (please see

Exhibit B) and will be filed as soon as the Superior Court Clerk is able to accept a filing in the state court action.

WHEREFORE, based upon the foregoing, Petitioners respectfully request that the state court action be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of Connecticut, Judicial District of New London at New London, be discontinued.

Respectfully submitted,

THE DEFENDANTS/PETITIONERS,
SKYLINER TRAVEL & TOUR BUS CORP.
AND JOSE M. MATEO

By:___/s/ Michael P. Kenney_____
    Michael P. Kenney, Esq.(ct26768)
    Ryan Ryan Deluca LLP
    CityPlace II
    185 Asylum Street, 6th Floor
    Hartford, CT 06103
    Juris No. 436612
    Phone: 860-785-5150

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **STEPHEN FOX,** | **CASE NO.:** |
| **Plaintiff,** | |
| **v.** | **CERTIFICATE OF SERVICE** |
| **SKYLINER TRAVEL & TOUR BUS CORP. AND JOSE M. MATEO,** | |
| **Defendants.** | **OCTOBER 27, 2017** |

I hereby certify that on October 27, 2017, a copy of the foregoing document was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A copy of the foregoing was mailed to:

Ralph J. Monaco, Esq.
Conway, Londregan, Sheehan & Monaco, P.C.
38 Huntington St.
New London CT 06320
*Attorneys for the Plaintiff*

_____/s/ Michael P. Kenney_____
Michael P. Kenney
Fed. Bar No. ct26768

<u>EXHIBIT A</u>

**SUMMONS - CIVIL**
JD-CV-1  Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**See other side for instructions**

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

- [ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
- [X] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
- [ ] "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 70 Huntington Street, New London, CT 06320 | ( 860 ) 443-5363 | November 21, 2017 |

| [X] Judicial District  [ ] G.A. [ ] Housing Session  Number: | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349) New London | Case type code *(See list on page 2)* Major: V   Minor: 04 |
|---|---|---|

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* Conway, Londregan, Sheehan & Monaco, P.C., 38 Huntington Street, New London, CT 06320 | Juris number *(to be entered by attorney only)* 010792 |
|---|---|

| Telephone number *(with area code)* ( 860 ) 447-3171 | Signature of Plaintiff *(If self-represented)* |
|---|---|

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   [ ] Yes  [X] No

Email address for delivery of papers under Section 10-13 *(if agreed to)*

Number of Plaintiffs: 1   Number of Defendants: 2   [ ] Form JD-CV-2 attached for additional parties

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| First Plaintiff | Name: Fox, Stephen  Address: 23 Soule Street, Apt. A, Jewett City, CT 06351 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: Skyliner Travel & Tour Bus, Corp., 19-41 42nd Street, Queens, NY 11105  Address: c/o Comm. Michael Bzdyra, State of CT Dept. of Motor Vehicles, 60 State Street, Wethersfield, CT 06161 | D-01 |
| Additional Defendant | Name: Mateo, Jose M., 22 77th Street, East Elmhurst, NY 11370  Address: c/o Comm. Michael Bzdyra, State of CT Dept. of Motor Vehicles, 60 State Street, Wethersfield, CT 06161 | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed *(Sign and "X" proper box)* | [X] Commissioner of the Superior Court  [ ] Assistant Clerk | Name of Person Signing at Left Ralph J. Monaco, Esq. | Date signed 10/17/2017 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

A TRUE COPY ATTEST

KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
IN DIFFERENT PERSON

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

 

RETURN DATE: November 21, 2017    :    **SUPERIOR COURT**

**STEPHEN FOX**              :    **J.D. OF NEW LONDON**

**vs.**                        :    **AT NEW LONDON**

**SKYLINER TRAVEL & TOUR**
**BUS, CORP. AND JOSE M. MATEO**    :    October 17, 2017

**COMPLAINT**

1.      The Plaintiff, **Stephen Fox**, is a resident of Jewett City, Connecticut.

2.      At all times relevant herein, the Defendant, **Skyliner Travel & Tour Bus, Corp.** was and still is a foreign corporation organized and existing under the laws of the Commonwealth of Pennsylvania doing business throughout the State of Connecticut by providing tour bus transportation services from the State of New York to Foxwoods Resort Casino in Mashantucket, Connecticut.

3.      At all times relevant herein, the Defendant, **Jose M. Mateo**, was and is a resident of East Elmhurst, New York and was an employee, agent, or authorized representative of Defendant, Skyliner Travel & Tour Bus, Corp.

4.      At all times relevant herein, the Defendant, Jose M. Mateo, was operating a tour bus bearing New York registration plate 58176PA, which tour bus was owned by Defendant Skyliner Travel & Tour Bus Corp., on Route 2A westbound in Preston, Connecticut.

5.      At all times relevant herein, Defendant Mateo was operating said tour bus as an employee, agent, or authorized representative of Defendant Skyliner Travel & Tour Bus Corp.

CONWAY, LONDREGAN, SHEEHAN & MONACO, P.C.
ATTORNEYS AT LAW
38 HUNTINGTON ST.  P.O. BOX 1351  NEW LONDON, CT 06320  (860) 447-3171
JURIS # 10792




and was operating it pursuant to his agency, employment or representation and pursuant to his general authority to operate.

6.      On January 8, 2016, at approximately 7:50 p.m., the Plaintiff was a pedestrian walking westbound along the side of the road outside of the travel lane of Route 2A, approximately five-tenths of a mile east of its intersection with Route 12, in Preston, Connecticut, when, suddenly and without warning, he was struck by a passenger's side mirror of the tour bus operated by Defendant Mateo thereby causing the injuries and damages to the Plaintiff described herein.

7.      The injuries and damages sustained by the Plaintiff were caused by the negligence and carelessness of the Defendants, Jose M. Mateo and Skyliner Travel & Tour Bus Corp., in one or more of the following ways, in that Jose M. Mateo:

(a)      violated Section 14-218a of the Connecticut General Statutes by operating his vehicle at an unreasonable rate of speed having regard for the time of day, intersection of the street, width, traffic and use of such roadway and the weather conditions;

(b)      failed to keep the mirror of his vehicle from striking pedestrians lawfully walking on the side of the road;

(c)      failed to apply brakes in a timely manner or otherwise maneuver his vehicle so as to avoid striking a pedestrian with his mirror;

(d)      failed to keep his vehicle under reasonable and proper control;

(e)      failed to keep an adequate lookout ahead of him;

(f)      was inattentive in his driving;

(g)      failed to make a proper use of his faculties and senses so as to avoid striking a pedestrian with his mirror;

CONWAY, LONDREGAN, SHEEHAN & MONACO, P.C.
ATTORNEYS AT LAW
38 HUNTINGTON ST.  P.O. BOX 1351  NEW LONDON, CT 06320  (860) 447-3171
JURIS # 10792

2



CONWAY, LONDREGAN, SHEEHAN & MONACO, P.C.
ATTORNEYS AT LAW
38 HUNTINGTON ST.  P.O. BOX 1351  NEW LONDON, CT 06320  (860) 447-3171
JURIS # 10792

(h)    failed under all the circumstances then and there existing to take reasonable and proper precautions to avoid the probability of harm to the Plaintiff; and

(i)    failed to have adequate lighting in use on the aforesaid bus that would allow him to see pedestrians on the side of the road.

8.    As a direct and proximate result of the negligence and carelessness of the Defendant, Jose M. Mateo, the Plaintiff sustained severe injuries, including but not limited to, head injury, post-concussion syndrome, tremors in his hands, headaches, blood on his brain, left shoulder sprain/strain, gash on the back of his head, and post-traumatic stress disorder. To treat his injuries, the Plaintiff required immediate emergency medical treatment, as well as diagnostic exams, physical therapy, and various medications for the pain. In all probability, the Plaintiff's injuries are permanent in nature and will be the cause of future pain and disability. In addition, he suffered and in the future will continue to suffer great physical and mental pain and has been and will in the future be unable to participate in many of the activities in which he engaged prior to said accident.

9.    As a direct and proximate result of the negligence and carelessness of the Defendants, as aforesaid, the Plaintiff was required to spend substantial sums of money for the medical care, services, treatment, x-rays, drugs and devices necessitated by his injuries.

3



**WHEREFORE,** the Plaintiff claims:

1.     Monetary damages;

2.     Such other relief as is just and equitable.

THE PLAINTIFF, STEPHEN FOX

By _____

Ralph J. Monaco, Esq.
Of Conway, Londregan, Sheehan & Monaco,
P.C.
His Attorneys

A TRUE COPY ATTEST

KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
IN DIFFERENT PERSON

CONWAY, LONDREGAN, SHEEHAN & MONACO, P.C.
ATTORNEYS AT LAW
38 HUNTINGTON ST.   P.O. BOX 1351   NEW LONDON, CT 06320   (860) 447-3171
JURIS # 10792

 

CONWAY, LONDREGAN, SHEEHAN & MONACO, P.C.
ATTORNEYS AT LAW
38 HUNTINGTON ST.  P.O. BOX 1351  NEW LONDON, CT  06320  (860) 447-3171
JURIS # 10792

| RETURN DATE: November 21, 2017 | : | SUPERIOR COURT |
|---|---|---|
| STEPHEN FOX | : | J.D. OF NEW LONDON |
| vs. | : | AT NEW LONDON |
| SKYLINER TRAVEL & TOUR BUS, CORP. AND JOSE M. MATEO | : | October 17, 2017 |

### STATEMENT OF AMOUNT IN DEMAND

The amount of legal interest or property in demand is fifteen thousand dollars or more, exclusive of interest and costs.

THE PLAINTIFF, STEPHEN FOX

By _____

Ralph J. Monaco, Esq.
Of Conway, Londregan, Sheehan & Monaco, P.C.
His Attorneys

A TRUE COPY ATTEST

KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
IN DIFFERENT PERSON

5

On October 24, 2017 in accordance with Connecticut General Statutes 52-63, I served a true and attested copy of the original WRIT, SUMMONS, COMPLAINT, AND STATEMENT OF AMOUNT IN DEMAND upon the Commissioner of Motor Vehicles, State of Connecticut, 60 State Street, Wethersfield, CT, Statutory Agent for service for the within named SKYLINER TRAVEL & TOUR BUS, 1941 42ND ST, QUEENS, NY 11105 at least twelve days prior to the return date.

ATTEST:

Keith D. Niziankiewicz
State Marshal
Hartford County

<u>EXHIBIT B</u>

| DOCKET NO.: | SUPERIOR COURT |
|---|---|
| STEPHEN FOX | J.D. OF NEW LONDON |
| v. | AT NEW LONDON |
| SKYLINER TRAVEL & TOUR BUS CORP. AND JOSE M. MATEO | OCTOBER 27, 2017 |

## NOTICE OF REMOVAL TO FEDERAL COURT

NOW COME defendants Skyliner Travel & Tour Bus Corp. and Jose M. Mateo, by and through their undersigned counsel, and hereby provide notice that they have this date filed a petition for removal of this matter to the United States District Court, District of Connecticut.  A copy of said Petition (without exhibits) is attached hereto as Exhibit A.

Respectfully submitted,

DEFENDANTS,
SKYLINER TRAVEL & TOUR BUS CORP.
AND JOSE M. MATEO

By:_____/S/ 413253_____
Michael P. Kenney, Esq.
Ryan Ryan Deluca LLP
CityPlace II
185 Asylum Street, 6th Floor
Hartford, CT 06103
Juris No. 436612
Phone:  860-785-5150

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2017, a copy of the above was mailed and/or e-mailed to the following counsel and pro se parties of record:

Ralph J. Monaco, Esq.
Conway, Londregan, Sheehan & Monaco, P.C.
38 Huntington St.
New London CT 06320
*Attorneys for the Plaintiff*


    /s/ 413253
Michael P. Kenney, Esq.