**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| STEPHEN FOX,               )<br>                              )<br>            Plaintiff,     )<br>v.                            )<br>                              )<br>SKYLINER TRAVEL AND TOUR BUS CORP. )<br>AND JOSE M. MATEO            )<br>                              )<br>            Defendants.   )<br>_____ ) | CASE NO.:<br>3:17-cv-01806-MPS<br><br><br><br><br><br><br><br>September 7, 2018 |

### MOTION TO SUBSTITUTE ESTATE OF PLAINTIFF

Pursuant to Fed.R.Civ.P. 25(a), the Plaintiff herewith respectfully requests that the Christopher Andrew Fox, Administrator for the Estate of Stephen Fox, be substituted as a party-plaintiff in this action.

The Plaintiff, Stephen Fox, died on April 6, 2018. His counsel did not learn of his death until the Defendant filed a suggestion of death on or about June 11, 2018. Thereupon, Plaintiff's counsel sought to contact members of the family of Stephen Fox and determine the heirs at law of Stephen Fox. It was determined that the heirs at law include the following:

        Stephen Zachary Fox (son of decedent) of Marlton, New Jersey

        Christopher Andrew Fox (brother of decedent) of Kissimmee, Florida

        Theresa Lynn Fox (sister of decedent) of Oakhurst, New Jersey

Heather Christine Ball (Fox)(sister of decedent) of Bristol, Virginia.

After consultation with the family, it was decided that the decedent's brother, Christopher Andrew Fox, would serve as fiduciary of the Estate of Stephen Fox. For this reason, the undersigned moves that Christopher Andrew Fox, Administrator for the Estate of Stephen Fox be substituted as party plaintiff in this action.

For the foregoing reasons, the undersigned requests that the aforesaid be substituted as the party Plaintiff in this action.

**THE PLAINTIFF, STEPHEN FOX**

By: /s/ Eric J. Garofano
Eric J. Garofano (ct29387)
Conway, Londregan, Sheehan & Monaco, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT  06320
Phone: 860-447-3171
Fax: 860-444-6103
egarofano@clsmlaw.com
His Attorneys

**CERTIFICATION**

      I hereby certify that on September 7, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      By: /s/ Eric J. Garofano
      Eric J. Garofano (ct29387)